UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROMESA M. HARDY, )
 )
 Plaintiff, )
 ) No. 03C 3721
vs. )
 ) Jury Demanded
MADISON DEARBORN PARTNERS, INC. ) JUDGE CASTILLO
 )
 Defendant. ) MAGISTRATE SIDNEY I. SCHENKIER

## COMPLAINT

Plaintiff ROMESA M. HARDY ("Hardy"), by her attorneys Terence J. Moran, Frederick S. Rhine, and Gessler Hughes Socol Piers Resnick & Dym, Ltd., complaining of defendant MADISON DEARBORN PARTNERS, INC. ("MDP") states as follows:

### NATURE OF THE ACTION

1. This action arises out of MJP's racially discriminatory treatment of Hardy during her employment with MDP and its racially discriminatory termination of Hardy's employment. The action is brought under 42 U.S.C. § 1981 ("Section 1981").

### JURISDICTION AND VENUE

2. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3).

3. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) because MDP resides in this district, its unlawful employment practices were committed in this district and because the events giving rise to Hardy's claims occurred in this district.

## THE PARTIES

4. Hardy is an African-American Illinois resident who was employed by MDP from on or about October of 1999 until June 1, 2001, when her employment was terminated by MDP.

5. MDP is an Illinois corporation whose principal place of business is located in Chicago, Illinois.

## FACTS UNDERLYING HARDY'S LEGAL CLAIMS

6. Hardy was employed by MDP as an Administrative Assistant in its downtown Chicago headquarters.

7. Throughout the time she was employed by MDP, Hardy performed her job duties in a competent and professional manner. In in the performance evaluation Hardy received on January 19, 2001, she received a total score of 22 points, out of a maximum total score of 28 points, or 78.6 percent.

8. During 2000 and until her termination on June 1, 2001, Hardy was harassed and treated with disrespect by one of the MDP Associates for whom she worked. Also during that time, Hardy was the only African-American Administrative Assistant employed in that MDP office. Her mistreatment was so obvious that Hardy's co-workers commented on it and suggested that it was racially motivated.

9. Although Hardy complained to MDP management personnel about being mistreated in that manner, nothing was done to alleviate the problem.

10. On June 1, 2001, MDP informed Hardy that she was discharged, effective immediately. On information and belief, MDP replaced Hardy with a White employee.

11. MDP's decision to discharge Hardy was because of her race and/or because Hardy opposed MDP's racial discrimination against her with respect to the terms, conditions and privileges of her employment.

## LEGAL CLAIM: SECTION 1981

12. MDP's discrimination against and discharge of Hardy because of her race impaired Hardy's right to make and enforce contracts on the same basis as is enjoyed by White citizens, in violation of Section 1981.

13. Hardy was injured by MDP's unlawful discrimination and by her unlawful discharge.

WHEREFORE, Hardy prays for entry of judgment in her favor and against MDP, and that she be awarded all appropriate relief available to her under Section 1981.

### JURY DEMAND

Pursuant to Fed.R.Civ.P. 38(b), Hardy demands trial by jury of all matters appropriately tried by jury in this matter.

Respectfully submitted,

*Frederick S. Rhine*
One of the attorneys for the plaintiff

Terence J. Moran, Esq.
Frederick S. Rhine, Esq.
**Gessler Hughes Socol Piers Resnick & Dym**
70 W. Madison, Suite 4000
Chicago, Illinois 60602
312/580-0100 firm number
312/604-2604 direct dial
312/580-1994 or 312/604-2641 fax lines

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**DOCKETED JUN 0 3 2003**

## CIVIL COVER SHEET

**03C 3721**

I. Plaintiff(s): Romesa M. Hardy

County of Residence: Cook

Plaintiff's Atty: Terence J. Moran, Esq.
Gessler Hughes Socol Piers
   Resnick & Dym, Ltd.
70 W. Madison, Suite 4000
Chicago, IL 60602
(312) 580-0100 general firm no.
(312) 604-2640 direct dial

Defendant: Madison Dearborn Partners, Inc.

County of Residence:

Defendant's Atty:

**JUDGE CASTILLO**

**MAGISTRATE SIDNEY I. SCHENKIER**

II. Basis of Jurisdiction: Federal Question (U.S. not a party)

III. Citizenship of Principal Parties: (Diversity Cases Only)
Plaintiff:
Defendants:

IV. Origin: Original Proceeding

V. Nature of Suit: 442 Civil Rights Employment

VI. Cause of Action: Race Discrimination
42 U.S.C. § 1981)

VII. Requested in Complaint:
Class Action: No
Dollar Demand: To be determined
Jury Demand: Yes

VIII: This case **IS NOT** a refiling of a previously dismissed case.

Signature: /s/ Frederick S. Rhine

Date: May 30, 2003

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of: **ROMESA M. HARDY v. MADISON DEARBORN PARTNERS, INC.**


DOCKETED
JUN 0 3 2003

Case Number: **03C 3721**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:
**ROMESA M. HARDY**

JUDGE CASTILLO

MAGISTRATE SIDNEY I. SCHENKIER

| (A) | (B) |
|---|---|
| SIGNATURE: *Terence J. Moran /FSR* | SIGNATURE: *Frederick S. Rhine* |
| NAME: Terence J. Moran | NAME: Frederick S. Rhine |
| FIRM: Gessler Hughes Socol Piers Resnick & Dym, Ltd. | FIRM: Gessler Hughes Socol Piers Resnick & Dym, Ltd. |
| STREET ADDRESS: 70 W. Madison, Suite 4000 | STREET ADDRESS: 70 W. Madison, Suite 4000 |
| CITY/STATE/ZIP: Chicago, Illinois 60602 | CITY/STATE/ZIP: Chicago, Illinois 60602 |
| TELEPHONE NUMBER: (312) 580-0100 | TELEPHONE NUMBER: (312) 580-0100 |
| IDENTIFICATION NUMBER: 06185861 | IDENTIFICATION NUMBER: 06194079 |
| MEMBER OF TRIAL BAR? YES ☑ NO ☐ | MEMBER OF TRIAL BAR? YES ☑ NO ☐ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☑ NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☑ |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |